IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VYACHESLAV ARTEMENKO, et al.,

    Plaintiffs,          No. CIV S-09-1268 FCD GGH PS

    vs.

WASHINGTON MUTUAL BANK FA, et al.,

    Defendants.       <u>ORDER AND FINDINGS &</u>

                                  <u>RECOMMENDATIONS</u>

_____/

        A recent court order was served on plaintiffs' address of record and returned by the postal service. It appears that plaintiffs have failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change.

        Accordingly, IT IS ORDERED that defendants' amended motion to dismiss, presently scheduled for hearing on July 16, 2009, is vacated.

        IT IS HEREBY RECOMMENDED that this action be dismissed for plaintiffs' failure to keep the court apprised of their current address. <u>See</u> Local Rules 83-182(f) and 11-110.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiffs may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendations." Plaintiffs are advised that failure to file objections within the

2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951

3  F.2d 1153 (9th Cir. 1991).

4  DATED: July 9, 2009

6  /s/ Gregory G. Hollows

7  UNITED STATES MAGISTRATE JUDGE

GGH:076
8  Artemenko1268.nca.wpd